## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **THOMAS A. ADDINGTON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:19CV00007 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ANDREW SAUL, COMMISSIONER** | ) | By:  James P. Jones |
| **OF SOCIAL SECURITY,** | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed September 10, 2020, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1.      The Report and its findings and recommendations are wholly ACCEPTED and APPROVED; and

2.      Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion for Summary Judgment is GRANTED.

A final judgment will be entered herewith.

ENTER:  September 28, 2020

/s/  JAMES P. JONES
United States District Judge